# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN LUCIEN DELPIT, | ) Case No. CV 07-7879-DSF(RC) |
| Petitioner | ) ORDER ADOPTING FINAL REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| vs. | ) MAGISTRATE JUDGE |
| LINDA SANDERS, | ) |
| Respondent. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the petition and other papers along with the attached Final Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, as well as petitioner's objections, and has made a de novo determination.

IT IS ORDERED that (1) the Final Report and Recommendation is approved and adopted; (2) the Final Report and Recommendation is adopted as the findings of fact and conclusions of law herein; and (3) this action is determined to be moot, and Judgment shall be entered accordingly.

//

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of this
2 Order, the Magistrate Judge's Final Report and Recommendation and
3 Judgment by the United States mail on petitioner.

5 DATED: 12/15/08

*/s/ Dale S. Fischer*

———————————————
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

R&Rs\07-7879.ado2
12/8/08

2