UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN LUCIEN DELPIT,<br><br>　　　　　Petitioner<br><br>vs.<br><br>LINDA SANDERS,<br><br>　　　　　Respondent. | Case No. CV 07-7879-DSF(RC)<br><br>JUDGMENT |

　　Pursuant to the Order of the Court adopting the findings, conclusions, and recommendations of United States Magistrate Judge Rosalyn M. Chapman,

　　IT IS ADJUDGED that the petition and action are dismissed as moot.

DATE: 12/15/08

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DALE S. FISCHER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

R&R\07-7879.jud
11/3/08